# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

| | |
|---|---|
| USA<br>*Plaintiff(s)*<br><br>v.<br><br>Christopher W. Vanbibber<br>*Defendant(s)* | Case Number:  18-cr-30078-DRH |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| | | | |
|---|---|---|---|
| Place: | U. S. Courthouse<br>750 Missouri Avenue<br>East St. Louis, IL  62201 | Courtroom No.: | 4 |
| Before: | Magistrate Judge Donald G. Wilkerson | Date and Time: | 05/24/2018 at 11:00 a.m. |

This offense is briefly described as follows:
Count 1: 18:472 - Passing Counterfeit United States Currency

DEFENDANT IS REQUIRED TO REPORT TO THE UNITED STATES PROBATION OFFICE, 650 Missouri Ave., East St. Louis, IL, TWO HOURS PRIOR TO COURT APPEARANCE.

Date:            May 7, 2018

*Issuing officer's signature*, deputy clerk

JUSTINE FLANAGAN, Acting Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons         ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*