IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-cr-30078-DRH |
| | ) | |
| CHRISTOPHER VANBIBBER, | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, through its attorneys, Donald S. Boyce, United States Attorney for the Southern District of Illinois, and Ranley R. Killian, Assistant United States Attorney, states as follows:

There is now confined, Christopher Vanbibber, in the Western Reception Diagnostic & Correctional Center, in 3401 Faraon St, St Joseph, MO 64506, in the custody of the Warden, Sheriff, or Jailer thereof, the Defendant in the above-entitled case. Said case will be called for Initial Appearance/Arraignment on the June 14, 2018, at the hour of 10:00 a.m. It is necessary to have said Defendant in the Courtroom of the Honorable Stephen C. Williams, Magistrate Judge of the United States District Court, East St. Louis, Illinois, and in order to secure the presence of said Defendant, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding said Warden, Sheriff, or Jailer to produce said Defendant in order to procure his presence for the Initial Appearance/Arraignment and all other proceedings incident thereto.

WHEREFORE, the United States moves for an order directing the issuance or a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to said Warden, Sheriff, or Jailer, commanding him to have and produce the above-named Defendant in said United

States District Court at said time, and then and there to present said Defendant before the Court and from day to day thereafter as may be necessary; and at the termination of the all proceedings in this case, to return the Defendant to the custody of said Warden, Sheriff, or Jailer.

DATED: May 18, 2018

Respectfully submitted,

DONALD S. BOYCE
United States Attorney

s/ *Ranley R. Killian*

RANLEY R. KILLIAN
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
Phone: (618) 628-3700
FAX:   (618) 628-3720
E-mail: Ranley.Killian@usdoj.gov