CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States V.S. Christopher Charles Vanbibber, et al.
FOR: Southern District of Illinois
AT: East St. Louis, Illinois

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Christopher Charles Vanbibber
1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 
District Court: 18-CR-30078-DRH
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
18 USC Sec. 472

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed
Name and address of employer: 
IF YES, how much do you earn per month? $
IF NO, give month and year of last employment: Summer of 2017
How much did you earn per month? $ 1,100

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS / OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 960   SOURCES: Food stamps

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No   IF YES, state total amount $ 2

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 
DESCRIPTION: 

**OBLIGATIONS & DEBTS**

DEPENDENTS
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: 

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Medical bills | ? | — |
| | Past due credit cards | ? | — |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-29-18

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signed]