## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:   3:18-CR-30078-DRH-1 |
| | ) | |
| Plaintiff, | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE:   July 2, 2018 |
| | ) | |
| CHRISTOPHER CHARLES VANBIBBER | ) | PLACE: East St. Louis, IL |
| | ) | |
| Defendant. | ) | Time: 11:20 a.m. to 11:25 a.m. |

**PRESIDING:**   Honorable Donald G. Wilkerson, U.S. Magistrate Judge

**DEPUTY CLERK:**   Jackie Payton

**COURT REPORTER:** Electronic

**COUNSEL FOR PLAINTIFF:** Maria G. (Lupita) Thompson

**COUNSEL FOR DEFENDANT:** Ranley Killian

**PROCEEDING:** Detention/Status Conference

---

All parties appear in open Court.  Defendant submits a written Waiver of Detention Hearing which the Court finds to be knowing and voluntary.

Court revises the title on the form as a Request to Voluntarily Surrender.

Defendant advised of the date for the Jury Trial.   Defendant remanded to the custody of the U.S. Marshal.