IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 3:18-cr-30078-DRH-1 |
| ) | |
| CHRISTOPHER CHARLES VANBIBBER, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DETENTION BY AGREEMENT

**WILKERSON, Magistrate Judge**

This case was called for a detention hearing on July 2, 2018. The government orally moved that defendant be detained pending trial. Defendant, through counsel, has consented to detention and has executed a waiver of detention and to voluntarily surrender in open court.

**IT IS ORDERED** that the above-named Defendant be **DETAINED** by the agreement of the parties. Either party may move to reopen the issue of detention and request a prompt hearing to set appropriate conditions of release or otherwise address the detention of the Defendant.

**DATED: July 6, 2018**

                                                                                                    *Donald Wilkerson*

                                                                                            **DONALD G. WILKERSON**
                                                                                            **United States Magistrate Judge**