IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 18-30078-DRH |
| | ) |
| CHRISTOPHER C. VANBIBBER, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois through Ranley R. Killian, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the Christopher C. Vanbibber, represented by his attorney, Lupita Thompson, pertaining to the conduct of the Defendant charged in the Superseding Indictment in this case and the relevant conduct of the defendant within the scope of U.S.S.G. § 1B1.3.

1. That on or about March 3, 2018, Lena M. Peterson, along with Christopher C. Vanbibber did pass counterfeit twenty dollar Federal Reserve Notes to Girl Scouts, who were at the time selling cookies at a business located in Highland, Illinois.

2. That on March, 3, 2018, Christopher C. Vanbibber did pass a counterfeit twenty dollar Federal Reserve Note at a concession stand at Hope Church in Highland, Illinois.

3. That Christopher C. Vanbibber did know at the time that the Federal Reserve Notes were in fact counterfeit.

4. That in passing the Federal Reserve Notes, the defendant acted with intent to defraud. All in violation of Title 18, United States Code, Section 472.

SO STIPULATED:

UNITED STATES OF AMERICA,

STEVEN D. WEINHOEFT
United States Attorney

_____
CHRISTOPHER C. VANBIBBER
Defendant

_____
RANLEY R. KILLIAN
Assistant United States Attorney

_____
LUPITA THOMPSON
Attorney for Defendant

Date: 9/27/18

Date: 9/27/18

2